1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| ELOISA GUTIERREZ, | 1:05-CV-918 OWW LJO |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an extension of time, until May 15, 2006, in which to file and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, July 18, 2005, shall proceed under the time limit guidelines set therein.

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

| | | |
|---|---|---|
| 1 | Dated:  April 17, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, Attorney for Plaintiff. |
| 3 | Dated: April 18, 2006 | |
| 4 | | MCGREGOR SCOTT United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan (as authorized via facsimile) KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

8   IT IS SO ORDERED.

9   **Dated:   April 20, 2006**           **/s/ Lawrence J. O'Neill**
    66h44d                                UNITED STATES MAGISTRATE JUDGE