1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| ELOISA GUTIERREZ | ) | |
|---|---|---|
| | ) | 1:05-CV-918 OWW LJO |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO DISMISS |
| vs. | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on July 5, 2005 on behalf of Plaintiff be dismissed.  After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: May 24, 2005          /s/ Gina Fazio

                             GINA FAZIO, ESQ.
                             Attorney for Plaintiff

Dated: May 26, 2006
                             MCGREGOR SCOTT
                             United States Attorney

                             By: /s/ Kristi C. Kapetan
                             (as authorized via facsimile)
                             KRISTI C. KAPETAN
                             Assistant U.S. Attorney

1   IT IS SO ORDERED.

2   **Dated:    June 1, 2006**                    **/s/ Oliver W. Wanger**
    emm0d6                                        UNITED STATES DISTRICT JUDGE